# *IN THE UNITED STATES DISTRICT COURT*
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

DAVID BURNETT

vs.  NO. 3:06CV00165 SWW

CARLOCK OF JONESBORO, INC.

## ORDER OF DISMISSAL

Pursuant to the stipulation filed by the parties in this matter,

IT IS THEREFORE ORDERED that all claims in this cause of action are hereby dismissed with prejudice, each party to bear its own costs and attorney's fees.

DATED this 26th day of April, 2007.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE